IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

AIKEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIM. NO. 1:06-1254 |
| | ) | |
| vs. | ) | |
| | ) | <u>INFORMATION</u> |
| KELVIN BERNARD BADGER | ) | |
| a/k/a "K-Badge" | ) | |

The United States of America, by and through its undersigned Assistant United States Attorney, files this Information thereby notifying the defendant that he is subject to increased penalties pursuant to Title 21, United States Code, Section 851, based upon the following convictions:

1. <u>August 27, 2001</u>: Barnwell County Docket # 01-GS-06-159 <u>Trafficking in Cocaine 10-28 grams 1st Offense</u> (incident date of November 24, 2000); sentenced to 3 years and a fine of $25,000.00.

2. <u>August 27, 2001</u>: Barnwell County Docket # 01-GS-06-313 Possession w/Intent To Distribute Marijuana (incident date of April 19, 1999); sentenced to 5 years suspended on 3 years probation.

REGINALD I. LLOYD
UNITED STATES ATTORNEY

By: <u>s/J.D. Rowell</u>
    J.D. Rowell  (#9802)
    Assistant United States Attorney

Columbia, South Carolina

December 27, 2006