IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. No.: 1:06-1254 (MBS) |
| | ) | |
| v. | ) | |
| | ) | |
| KELVIN BERNARD BADGER, | ) | VERDICT |
| a/k/a "K-Badge" | ) | |
| | ) | |

WE, THE JURY, unanimously return the following verdict in the above referenced case:

1. As to Count 1, we find the defendant, **KELVIN BERNARD BADGER**


_____ Not Guilty
_____✓_____ Guilty

2. As to Count 2, we find the defendant, **KELVIN BERNARD BADGER**


_____ Not Guilty
_____✓_____ Guilty

If your unanimous verdict is "Guilty" as to Count 2, please proceed to answer the following questions on the next page:

1

a.  Defendant possessed 50 grams or more of cocaine base (commonly known as "crack cocaine").

  _____ No

  ___✓___ Yes

b.  Defendant possessed a quantity of cocaine.

  _____ No

  ___✓___ Yes

c.  Defendant possessed a quantity of marijuana.

  _____ No

  ___✓___ Yes

_____s/ Foreperson_____
Foreperson's Signature

Columbia, South Carolina
September 20, 2007