```
 1                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF SOUTH CAROLINA
 2                              AIKEN DIVISION

 3   UNITED STATES OF AMERICA,      )    CR. NO. 1:06-1254
                                    )    COLUMBIA, SC
 4                                  )    MAY 28, 2008
                                    )
 5        VERSUS                    )
                                    )
 6   KELVIN B. BADGER,              )
                 DEFENDANT.         )
 7   ─────────────────────────────  )

 8           BEFORE THE HONORABLE MARGARET B. SEYMOUR
                UNITED STATES DISTRICT COURT JUDGE
 9                    SENTENCING HEARING

10   APPEARANCES:

11   FOR THE GOVERNMENT:          J. D. ROWELL, AUSA
                                  UNITED STATES ATTORNEY'S OFFICE
12                                1441 MAIN STREET, SUITE 500
                                  COLUMBIA, SC  29201
13
     FOR THE DEFENDANT:           ROBERT J. HARTE, ESQ.
14                                P. O. BOX 1959
                                  AIKEN, SC 29802
15
                                  GLENN WALTERS, ESQ.
16                                P. O. BOX 1346
                                  ORANGEBURG, SC 29116
17
     COURT REPORTER:              DEBRA R. JERNIGAN, RPR, CRR
18                                UNITED STATES COURT REPORTER
                                  901 RICHLAND STREET
19                                COLUMBIA, SC 29201

20

21

22           STENOTYPE/COMPUTER-AIDED TRANSCRIPTION
                     *** *** *** *** ***
23

24

25
```

```
 1          MR. ROWELL:  THE NEXT CASE IS UNITED STATES OF
 2 AMERICA VERSUS KELVIN BERNARD BADGER, 1:06-1254.  MR. BADGER
 3 IS PRESENT IN COURT AND REPRESENTED BY COUNSEL.  YOUR HONOR,
 4 WE ARE HERE ON THE MATTER OF SENTENCING.
 5          THE COURT:  MR. BADGER, YOU MAY COME FORWARD WITH
 6 YOUR ATTORNEYS.
 7          MR. WALTERS:  GOOD MORNING, YOUR HONOR.
 8          THE COURT:  GOOD MORNING.  MR. WALTERS, MR. HARTE,
 9 HAVE YOU HAD AN OPPORTUNITY TO REVIEW THE PRESENTENCE REPORT?
10          MR. WALTERS:  YES.
11          MR. HARTE:  YES.
12          THE COURT:  MR. BADGER, HAVE YOU ALSO REVIEWED THAT
13 REPORT?
14          THE DEFENDANT:  NO, MA'AM.
15          THE COURT:  YOU HAVE NOT SEEN YOUR PRESENTENCE
16 REPORT?
17          ALL RIGHT.  I THINK THAT MR. BADGER NEEDS TO REVIEW
18 THAT REPORT.  DID YOU NOT MEET WITH HIM AND GO OVER THAT
19 REPORT?
20          MR. HARTE:  YOUR HONOR, WE THOUGHT --
21          MR. WALTERS:  THOUGHT THE OTHER PERSON DID.
22          THE COURT:  HE NOT HAVING AN OPPORTUNITY TO REVIEW
23 THAT REPORT, WE CANNOT GO FORWARD WITH THIS SENTENCING AT THIS
24 TIME.  SO WE ARE GOING TO HAVE TO CONTINUE IT.  IS IT
25 POSSIBLE THAT YOU CAN GO OVER IT?  I DON'T KNOW WHAT
```

```
 1  ARRANGEMENTS YOU CAN MAKE TO GO OVER IT WITH HIM.  WE WILL
 2  SCHEDULE IT FOR ANOTHER TIME.   DO YOU UNDERSTAND THAT, MR.
 3  BADGER?
 4           THE DEFENDANT:   YES, MA'AM.
 5           THE COURT:   I DON'T KNOW IF YOU WANT TO GO OVER IT
 6  WITH HIM NOW AND IF THAT IS ENOUGH TIME AND WE CAN DO IT THIS
 7  AFTERNOON OR WHETHER YOU WOULD LIKE TO RESCHEDULE IT FOR
 8  ANOTHER DAY IF YOU HAVEN'T GONE OVER IT WITH HIM.
 9           MR. WALTERS:   I WOULD LIKE TO RESCHEDULE,  YOUR
10  HONOR.
11           MR. HARTE:   I WOULD LIKE TO RESCHEDULE.
12           THE COURT:   MR. BADGER, WE WILL RESCHEDULE YOUR
13  HEARING AFTER YOU HAVE HAD AN OPPORTUNITY TO GO OVER YOUR
14  REPORT WITH YOUR LAWYERS.   DO YOU HAVE ANY QUESTIONS?
15           THE DEFENDANT:   NO.
16           THE COURT:   OKAY.   THANK YOU.
17              *** END OF REQUESTED TRANSCRIPT ***
18  * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
19                   CERTIFICATE OF REPORTER
20    I CERTIFY THAT THE FOREGOING IS A CORRECT TRANSCRIPT FROM
21  MY STENOGRAPHIC NOTES IN THE ABOVE-ENTITLED MATTER.
22
23   S/DEBRA R. JERNIGAN, RPR, CRR         JANUARY 9, 2009
24                                         DATE
25
```